UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARILYN O'CONNOR,

                Plaintiff,

v.

KILOLO KIJAKAZI,

                Defendant.

3:21-cv-00488-CSD

**ORDER**

    Before the court is Plaintiff's *Ex Parte* Motion to Extend Time to File Summons and to Serve the Summons and Complaint (ECF No. 7). Plaintiff requests an extension of time to and including May 27, 2022, in which to serve the Defendant.

    **IT IS HEREBY ORDERED** that Plaintiff's *Ex Parte* Motion to Extend Time to File Summons and to Serve the Summons and Complaint (ECF No. 7) is **GRANTED** to the extent that Plaintiff shall have to and including **May 27, 2022**, in which to serve the Defendant.

    **IT IS FURTHER ORDERED** that the Clerk of Court shall issue the Summons attached to Plaintiff's motion (ECF No. 7-1).

    DATED: March 29, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**

1