JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

DANIEL P. TALBERT, SBN OH 0084088
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4860
Facsimile: (415) 744-0134
E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARILYN O'CONNOR, | Case No.: 3:21-cv-00488-CSD |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION FOR EXTENSION OF TIME** (*FIRST REQUEST*) |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), by and through her undersigned attorneys, hereby moves for a 60-day extension of time to file Defendant's Electronic Certified Administrative Record and Answer to Plaintiff's Complaint. Defendant's Electronic Certified Administrative Record and Answer to Plaintiff's Complaint are due to be filed by May 31, 2022.  Counsel for Defendant attempted to contact Plaintiff this morning but without success, and cannot state whether Plaintiff opposes this motion.

Defendant makes this request in good faith and with no intention to delay proceedings unnecessarily. Social Security Administration's Office of Appellate Operations (OAO) staff does not

anticipate being able to complete this assembly by the current due date.  Given this, Defendant respectfully requests an extension of 60 days in which to file the Answer, changing the due date from May 31, 2022, to August 1, 2022.  Defendant apologizes to the Court and to Plaintiff for any inconvenience caused by this delay.

Dated: May 31, 2022

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
HON. CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE

DATED:  June 1, 2022